William L. Gavras, Esq.
LAW OFFICES WILLIAM GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Movant
OK PARK



**FILED**
DISTRICT COURT OF GUAM

AUG 30 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Civ 07-25 |
| Respondent, | Crim 03-58-03 |
| vs. | |
| OK PARK, | REQUEST FOR HEARING |
| Movant. | 2255 MOTION (HABEAS CORPUS) |

Comes Now Movant, by and through counsel, and requests an evidentiary hearing to support the factual allegations made in her 2255 motion.

ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, a true and correct copy of this document on or before August 30, 2007.

Respectfully Submitted

Dated: August 30, 2007      BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Movant
OK PARK