**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-03-00058-003　　　　　　　　　　　　DATE: August 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber / Kim Walmsley　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 3:29:05 - 3:59:32
CSO: L. Ogo

**APPEARANCES:**
Defendant: Ok Park　　　　　　　　　　　　　　Attorney: William Gavras
　　Present　Custody　Bond　P.R.　　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Karon Johnson　　　　　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　　　　U.S. Marshal: J. Salas / T. Muna
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Detention Hearing**
- Parties to brief the issue regarding credit for time at liberty.
- Defendant's brief due: 10/9/2007
- Government's response due: 10/16/07
- Defendant's reply to the Government's response due: 10/19/07
- Detention Hearing continued to: October 30, 2007 at 11:00 a.m.
- Defendant to remain released.

NOTES: