# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 03-00058 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER STAYING TRANSFER PENDING DETENTION HEARING** |
| OK PARK, | |
| Defendant. | |

In light of the pending habeus corpus Motion, the Defendant Ok Park, need not surrender to the United States Marshals Service until the Court rules on the motion which is presently scheduled for October 30, 2007.

**SO ORDERED** this 30th day of August, 2007.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**