PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**    [ ] **Notice of Disposition**

Date: **June 26, 2003**        Date:
By: **Frances M. Tydingco-Gatewood Designated Judge**    By:

| | | | |
|---|---|---|---|
| Defendant: | **PARK, Ok** | Case Number: | **CRIMINAL Case #03-00058-003** |
| Date of Birth: | **XX-XX-1954** | Place of Birth: | **Seoul, Korea** |
| SSN: | **XXX-XX-4673** | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: **June 26, 2003**  )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
　□ Not Convicted - PS40/Passport returned to defendant.
　□ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　□ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:03-cr-00058    Document 259    Filed 09/25/2007    Page 1 of 1