# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00058-003            DATE: October 31, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber          Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 8:21:35 - 8:40:01
                                                                                              8:49:00 - 9:50:12

CSO: B. Pereda

**APPEARANCES:**

Defendant: Ok Park                      Attorney: William L. Gavras
     Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson                 U.S. Agent:

U.S. Probation: Judy Ocampo                 U.S. Marshal: D. Punzalan

Interpreter:                                       Language:

**PROCEEDINGS: Continued Detention Hearing**

- Motion to Vacate under 28 U.S.C. 2255 was granted.
- Order to be prepared by: Court.
- Exhibits marked - see attached Exhibit and Witness List.
- Defendant released.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

**United States of America**

V.

**Ok Park**

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-03-00058-003**

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY **Karon Johnson** | DEFENDANT'S ATTORNEY **William Gavras** |
|---|---|---|
| HEARING DATE (S) October 31, 2007 | COURT REPORTER Wamda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |

| Court NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| A | | | 10/31/07 | 10/31/07 | | USMS fax notification of designation of Bureau of Prisons, January 10, 2005 |
| B | | | 10/31/07 | 10/31/07 | | Judgment from 9th Circuit Court of Appeals, received by USMS 2/12/07 |
| C | | | 10/31/07 | 10/31/07 | | USMS fax notification of designation of Bureau of Prisons, August 1, 2007 |
| D | | | 10/31/07 | 10/31/07 | | Letter from Attorney Gavras to USMS dated January 5, 2005 |

Page -1-

Case 1:03-cr-00058    Document 265    Filed 10/31/2007    Page 2 of 2