

FILED
DISTRICT COURT OF GUAM
MAY 15 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00058-003 |
| Plaintiff, | |
| vs. | **RECEIPT OF EXHIBITS** |
| OK PARK, | |
| Defendant. | |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

SEE ATTACHED MINUTE ENTRY

_J. (signature)_
Signature

Jackie Emmanuel
Name

5/15/08
Date

U.S. Attorney's Office
Office/Firm Receiving Exhibits

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL

FILED
DISTRICT COURT OF GUAM
JUL 30 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. CR-03-00058-003　　　DATE: 7/29/04　　　TIME: 9:00

HON. JOHN C. COUGHENOUR, Designated Judge, Presiding　　　Law Clerk: None Present
Official Court Reporter: Wanda Miles　　　Courtroom Deputy: Julie Mahnke
Hearing Electronically Recorded:　　　CSO: F. Tenorio

**APPEARANCES**

DEFT __OK PARK__　　　　　　　　　ATTY __WILLIAM GAVRAS__
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.　　　(X) PRESENT (X) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON　　　AGENT: JOHN DUENAS, U.S.I.C.E.

U.S. PROBATION:　　　U.S. MARSHAL:

INTERPRETER: HEE-JUNG WON / LYNCH　　　LANGUAGE: KOREAN

DAY NO. 3rd OF TRIAL

(✓) JURY TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___Plaintiff ___Defendant
(✓) WITNESSES SWORN AND EXAMINED　　( ) EXHIBITS MARKED AND ADMITTED
　　SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___Plaintiff ___Defendant

(✓) TRIAL/DELIBERATION CONTINUED TO: 7/30　　　　　at 10:00
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT ~~~~~~　　( ) JURY RETURNS VERDICT AT: ____
( ) JURY VERDICT: ____

( ) JURY POLLED　　( ) POLLING WAIVED　　( ) JURY DISCHARGED

( ) COURT FINDINGS: ____

( ) OTHER MATTER(s):

COURTROOM DEPUTY: JPMahnke　　　END TIME: 3:00
L:\Docs\COURTROOM MINUTES\MINUTECRT.wpd

PLAINTIFF: United States of America

DEFENDANT: v. OK PARK,

CASE NO. CR03-58C

EXHIBIT LIST

| EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED | EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 7-27-04 | ✓ | | | ✓ | 16 | 7.28.04 | ✓ | | | ✓ | |
| 1 | " | ✓ | | | ✓ | 17 | " | ✓ | | | ✓ | |
| 2 | " | ✓ | | | ✓ | 18 | " | ✓ | | | ✓ | |
| 13 | " | ✓ | | | ✓ | 14 | " | ✓ | | | ✓ | |
| 21 | " | ✓ | | | ✓ | 22 | 7.29.04 | ✓ | | | ✓ | |
| 17 | " | ✓ | | | ✓ | A | " | ✓ | ✓ | | ✓ | plea agmt |
| 16 | " | ✓ | | | ✓ | B | " | ✓ | ✓ | | ✓ | |
| 3 | 7.28.04 | ✓ | | | ✓ | | | | | | | |
| 4 | " | ✓ | | | ✓ | | | | | | | |
| 5 | " | ✓ | | | ✓ | | | | | | | |
| 6 | " | ✓ | | | ✓ | | | | | | | |
| 7 | " | ✓ | | | ✓ | | | | | | | |
| 8 | " | ✓ | | | ✓ | | | | | | | |
| 9 | " | ✓ | | | ✓ | | | | | | | |
| 12 | " | ✓ | | | ✓ | | | | | | | |
| 10 | " | ✓ | | | ✓ | | | | | | | |
| 11 | " | ✓ | | | ✓ | | | | | | | |
| 19 | " | ✓ | | | ✓ | | | | | | | |
| 15 | | | | | | | | | | | | |